ARTHUR AHONEN v. UNDERPINNING & FOUNDATION Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of LOUIS A. GREENWALD and Others for an Order of Mandamus against PAUL J. KERN, President, and Others, as Com-missioners, Constituting the Municipal Civil Service Commission of the City of New York, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

DOMINICK MENDOLA v. TRANSRADIO PRESS SERVICE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DANIEL McGRATH v. JOSEPH SWOBODA and KATHERINE SWOBODA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of FOUAD KIAMIE, as Executor, etc., of NAJEEB KIAMIE, Deceased, to Discover Certain Property of Said Decedent Claimed to Be Withheld. FOUAD KIAMIE, as Executor, etc. COLONIAL TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

AMALGAMATED ICE MANUFACTURING Co., INC., v. LEONARD SICILIAN and Others.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of IRA BRENNER, as Administrator of RALPH BRENNER, Deceased. IRA BRENNER, as Administrator; ZALEL LAST.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of EPHRAIM PRUZAN for an Order Directing the Approval of Petitioner's Application for Licenses to Operate Two Taxicabs in the City of New York and Directing the Issuance of Said Licenses to Him, against LEWIS J. VALENTINE, Commissioner of Police of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM J. SCHIEFFELIN and Another v. MOCAN REALTY CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.